**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JUSTIN GILMORE, | : No. 12 WAP 2022 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court dated January |
| | : 24, 2022 at No. 20 MD 2022. |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| COMMONWEALTH PABPP, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of February, 2023, the order of the Commonwealth Court is **AFFIRMED**. The appellant's motion to dismiss the appellees' brief as untimely is **DENIED**.